IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| MICHAEL ALLEN BROWN, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL QUINN, PA STATE TROOPER; )<br>AND OFFICE OF DISTRICT ATTORNEY )<br>OF FAYETTE COUNTY PA, <br><br>Defendants, | 2:20-CV-02021-MJH |

## MEMORANDUM ORDER

This case has been referred to United States Chief Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rule 72 of the Local Rules for Magistrate Judges.

On April 23, 2021, the Magistrate Judge issued a Report and Recommendation, ECF No. 6, recommending that Michael Allen Brown's Complaint, ECF No. 3, be dismissed for failure to prosecute. In particular, on January 27, 2021, the Magistrate Judge entered a Deficiency Order requiring Mr. Brown to file, on or before March 1, 2021, USM 285 Service forms, Notice and Request for Waiver of Service of Summons forms, and Consent to Jurisdiction of Magistrate Judge form. ECF No. 4. Having filed none of the foregoing, the Magistrate Judge issued an Order to Show Cause requiring Mr. Brown to explain why he failed to comply with the Deficiency Order and informing Mr. Brown that the failure to respond may result in dismissal of this action for failure to prosecute. ECF No. 5. The Order to Show Cause required Mr. Brown to respond by April 8, 2021. *Id*. Mr. Brown did not respond, and the Magistrate Judge issued the within Report and Recommendation. ECF No. 6.

Mr. Brown was advised that written objections to the Report and Recommendation were due by May 7, 2021, and for non-ECF filers, such as Mr. Brown, Objections were due by May 10, 2021. No objections were filed.

Accordingly, after *de novo* review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 18th day of May, 2021, it is hereby ORDERED as follows:

The Magistrate Judge's Report and Recommendation, ECF No. 6, dated April 23, 2021, is adopted as the Opinion of the Court.

IT IS FURTHER ORDERED that Plaintiff's Complaint is dismissed for failure to prosecute. The Clerk shall mark this case CLOSED.

By the Court:

Marilyn J. Horan
United States District Judge

cc: Michael Allen Brown
516 Greene Street
Brownsville, PA 15417